# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Henry Dosveli Mejia-Perez,<br><br>    Defendant. | No. CR-18-00062-001-TUC-RM (EJM)<br><br>**ORDER** |

On May 30, 2018, Magistrate Judge Eric J. Markovich issued a Report and Recommendation (Doc. 42) recommending that this Court grant Defendants' Second Motion to Dismiss Indictment (Doc. 25), on the grounds that Defendant is unable to effectively communicate in English or Spanish, and efforts to locate an interpreter who speaks the same dialect of Mam as Defendant have been unsuccessful. No objections to the Report and Recommendation were filed, and the deadline for filing objections has expired.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170

1 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for clear error unobjected-to portions of Report and Recommendation).

The Court has reviewed Judge Markovich's Report and Recommendation, the parties' briefs, and the record. The Court finds no error in Judge Markovich's Report and Recommendation. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 42) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Doc. 25) is **granted**. The indictment in the above-captioned case against Defendant Henry Dosveli Mejia-Perez is **dismissed without prejudice**. The trial currently scheduled for June 19, 2018 is **vacated**. Defendant shall be released from all conditions of confinement. The Clerk of Court is directed to close this case.

Dated this 14th day of June, 2018.

_____
Honorable Rosemary Márquez
United States District Judge